# ELECTRONIC RECORD

COA # 01-13-00373-CR          OFFENSE: 19.02 (Murder)

STYLE: Norma Jean Clark v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 228th District Court

DATE: 01/13/2015          Publish: NO          TC CASE #: 1295757

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Norma Jean Clark v. The State of Texas          CCA #: 172-15

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _04/29/2015_          SIGNED: _____     PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**